RECEIVED
IN MONROE, LA

JUN 1 2 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| **DIRECTV, Inc.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **No. CV  04-0262-M** |
| **v.** | § | |
| | § | **JUDGE JAMES** |
| **CARLOS UNDERWOOD,** | § | |
| | § | **MAGISTRATE JUDGE KIRK** |
| **Defendant.** | § | |
| | § | |

### *JUDGMENT ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT*

On the 12th day of ___June___, 2006, the Court considered plaintiff, DIRECTV,

Inc.'s Motion and Incorporated Memorandum for Default Judgment against defendant, CARLOS

UNDERWOOD, considering the request, the affidavits and other evidence on file, the Court

finds the record supports default judgment. Therefore the Court orders the clerk to enter default

judgment against defendant, CARLOS UNDERWOOD, in the sum of $10,000, the amount

claimed, with costs and disbursements in the amount of $337.16, and attorney fees in the sum of

$2,104.30, amounting in the sum of $12,441.46, plus post judgment interest at the legal rate in

effect to accrue thereon from the date of this judgment forward until paid; and, that the Plaintiff

have execution therefore;

It is further ORDERED and ADJUDGED that Defendant, CARLOS UNDERWOOD, is

permanently enjoined from committing or assisting in the commission of any violation of the

9

Cable Communications Policy Act of 1984, as amended, 47 U.S.C. § 605, or committing or assisting in committing any violation of 18 U.S.C. § 2511.

SIGNED on this 12 day of _____, 2006.

_____
U.S. DISTRICT JUDGE